**No. 10-7967. Darrell Williams, Petitioner v. United States.**

562 U.S. 1195, 131 S. Ct. 1030, 178 L. Ed. 2d 857, 2011 U.S. LEXIS 705.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 10-632. In re William Windsor, Petitioner.**

562 U.S. 1177, 131 S. Ct. 1007, 178 L. Ed. 2d 857, 2011 U.S. LEXIS 624, 

January 18, 2011. Petition for writ of mandamus denied.

**No. 10-633. In re William Windsor, Petitioner.**

562 U.S. 1177, 131 S. Ct. 1007, 178 L. Ed. 2d 857, 2011 U.S. LEXIS 689, 

January 18, 2011. Petition for writ of mandamus denied.

**No. 10-690. In re William M. Windsor, Petitioner.**

562 U.S. 1177, 131 S. Ct. 1019, 178 L. Ed. 2d 857, 2011 U.S. LEXIS 692, 

January 18, 2011. Petition for writ of mandamus denied.

**No. 10-6370. In re Edward Starling, Petitioner.**

562 U.S. 1177, 131 S. Ct. 998, 178 L. Ed. 2d 857, 2011 U.S. LEXIS 621.

January 18, 2011. Petition for writ of mandamus denied.

**No. 09-10900. Michael Jackson, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1195, 131 S. Ct. 1038, 178 L. Ed. 2d 857, 2011 U.S. LEXIS 623.

January 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 855, 131 S. Ct. 118, 178 L. Ed. 2d 73, 2010 U.S. LEXIS 6375.

**No. 09-11291. Terry E. Sears, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

562 U.S. 1195, 131 S. Ct. 1039, 178 L. Ed. 2d 857, 2011 U.S. LEXIS 682.

January 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 872, 131 S. Ct. 173, 178 L. Ed. 2d 104, 2010 U.S. LEXIS 6803.

**No. 10-5317. Herbert F. Young, Petitioner v. United States District Court for the District of Columbia.**

562 U.S. 1196, 131 S. Ct. 1039, 178 L. Ed. 2d 857, 2011 U.S. LEXIS 663.

January 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 915, 131 S. Ct. 394, 178 L. Ed. 2d 182, 2010 U.S. LEXIS 7152.

**No. 10-5969. Steven Lee Hyde, Petitioner v. Phillip Valdez.**

562 U.S. 1196, 131 S. Ct. 1039, 178 L. Ed. 2d 857, 2011 U.S. LEXIS 660.

January 18, 2011. Petition for rehearing denied.